1  **MARKMAN LAW**
2  David A. Markman, Esq.
   Nevada Bar No. 12440
3  4484 S. Pecos Rd., Suite 130
   Las Vegas, NV 89121
4  P: (702) 843-5899
   F: (702) 843-6010
5  David@Markmanlawfirm.com
   *Attorneys for Defendant*
6

7                     **UNITED STATES DISTRICT COURT**
8                            **DISTRICT OF NEVADA**
9
   VERIFY SMART CORP.,                    CASE NO.:  3:24-cv-00559-MMD-CLB
10
               Plaintiff,
11
         vs.                              **ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S RESPONSIVE PLEADING TO COMPLAINT**
12
   COLLEEN SCAMMELL,
13                                        **[FIRST REQUEST]**
               Defendant.
14

15

16       Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of
17  record, hereby stipulate and request that this Court extend time for Defendant COLLEEN
18  SCAMMELL ("Defendant") to file a responsive pleading in the above-captioned case. The
19  extension for thirty (30) days, up to and including Friday, May 9, 2025, is stipulated by and
20  between the parties.  Counsel for Defendant was recently retained and filed their Notice of
21  Appearance on April 9, 2025.  Counsel respectfully requests additional time to review the facts of
22  the case in order to file its Response to the Plaintiff's Complaint. In support of this Stipulation
23  and Request, the parties state as follows:

24    1.   On December 5, 2024, Plaintiff filed its Complaint (Dkt. 1) against Defendant
25         Colleen Scammell ("Defendant") in this matter..
26
      2.   On December 27, 2024, the Court issued the Summons (Dkt. 8) to be served on
27
           Defendant in this matter.
28

3. Upon information and belief, on March 20th, 2025, Plaintiff was served the Summons and Complaint in this matter at her home in Canada Coquitlam, BC.

4. Based on the March 20, 2025 service, Defendant's responsive pleading is due on or before April 10, 2025.

5. Defendant who lives in Canada retained the undersigned counsel, on April 8, 2025.

6. Upon information and belief, Counsel believes there are previous lawsuits filed between the parties.

7. Based on there being previous litigation, the nature of the contract, the Client being out of state, and the recent retention of counsel, Defendant's counsel believe good cause exists for a short extension of time to respond to the Complaint.

8. The parties agree that Defendant shall have until May 9, 2025 to file a responsive pleading in this matter.

IT IS SO STIPULATED.

Dated this 10th day of   April   , 2025.

**MARKMAN LAW**

By:  /s/ David Markman
DAVID MARKMAN, ESQ.
Nevada Bar. No. 12440
4484 S. Pecos Rd. #130
Las Vegas, Nevada 89121
Telephone: 702-843-5899
Email: David@MarkmanLawFirm.com

Dated this 10th day of   April   , 2025.

**SPENCER FANE, LLP**

By:   /s/ Richard Holley
Richard F. Holley, Esq.
Nevada Bar No. 3077
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Email: rholley@spencerfane.com

LUCOSKY BROOKMAN LLP

Jean-Marc Zimmerman, Esq.
(*Admitted Pro Hac Vice*)
Email: jmzimmerman@lucbro.com
101 Wood Avenue South
Woodbridge, New Jersey 08830
Telephone: (908) 768-6408

**IT IS SO ORDERED.**

**DATED:** April 11, 2025

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -