SPENCER FANE, LLP
Richard F. Holley, Esq.
NV Bar No. 3077
Email: rholley@spencerfane.com
Jessica M. Lujan, Esq.
NV Bar No. 14913
Email: jlujan@spencerfane.com
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile:  702.408.3401

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Verify Smart Corp,<br><br>          Plaintiff(s),<br><br>     v.<br><br>Colleen Scammell,<br><br>          Defendant(s). | Case No. 3:24-cv-0559-MMD-CLB<br><br>Order Granting Stipulation and Order to Extend Deadline for Plaintiff to File Response to Defendant's Motion to Dismiss (ECF No. 15) and Defendant's Reply Thereto<br><br>(First Request) |

Verify Smart Corp. ("Plaintiff" or "VSMR"), by and through its attorneys Richard F. Holley, Esq. and Jessica M. Lujan, Esq., of the law firm Spencer Fane LLP, and Defendant Colleen Scammell ("Scammell"), by and through her attorney of record, David A. Markman, Esq., of the Markman Law Firm, hereby stipulate and agree, pending the Court's approval, as follows:

1.       Scammell filed her Motion to Dismiss on May 9, 2025. *See* (ECF No. 15).

2.       Accordingly, Plaintiff's Response to the Motion to Dismiss is presently due on or before May 23, 2025, *i.e.*, 14 days after the Motion to Dismiss was filed.

3.       The parties stipulate and agree to extend Plaintiff's deadline to file its Response to the Motion to Dismiss by two weeks, *i.e.*, through and including June 6, 2025.

4.       The parties further stipulate and agree to extend Scammell's deadline to file her Reply in support of the Motion to Dismiss by one week, *i.e.*, through and including June 20, 2025.

5. Good cause exists to extend these deadlines, as Spencer Fane LLP recently took over as Plaintiff's lead counsel in this action and is still coming up to speed on the matter and reviewing information needed to respond to the Motion to Dismiss. Good cause exists to extend Scammell's Reply deadline by one week in the interest of fairness to Scammell, given the extended briefing period granted to Plaintiff. Moreover, this is the parties' first request for an extension related to this deadline, and the short delay agreed upon will not prejudice either party. This stipulation is not intended to cause any undue delay or inconvenience to the Court.

IT IS SO STIPULATED.

DATED this 21st day of May 2025.

**SPENCER FANE, LLP**

 /s/ Jessica M. Lujan
Richard F. Holley, Esq. (NV Bar No. 3077)
Jessica M. Lujan, Esq. (NV Bar No. 14913)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

DATED this 21st day of May 2025.

**MARKMAN LAW FIRM**

 /s/ David A. Markman
David A. Markman, Esq. (NV Bar No. 12440)
4484 S. Pecos Rd., Suite 130
Las Vegas, Nevada 89121

*Attorney for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATE: May 22, 2025