UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VERIFY SMART CORP.,<br><br>                              Plaintiff,<br><br>    v.<br><br>COLLEEN SCAMMELL,<br><br>                              Defendant. | Case No. 3:24-CV-00559-MMD-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[ECF No. 39] |

       Currently pending before the Court is Before the Court is Jean-Marc Zimmerman's ("Zimmerman") motion to withdraw as counsel for Plaintiff Verify Smart Corp ("Verify"). (ECF No. 39.) No opposition was filed, and Zimmerman certifies that he served the motion to withdraw on Verify by both U.S. mail and email. (ECF No. 40.)

       Good cause appearing, the motion to withdraw, (ECF No. 39), is **GRANTED**. The Clerk shall update the docket to reflect the following address for Verify. In addition, a copy of this order and all documents hereafter filed shall be served on Verify via regular mail at the following address:

           Verify Smart Corp.
           Annamarie Seabright, CEO
           40 Hillside Ave. Mahwah, NJ, 07430
           Mobile: 949-235-8181
           Email: annamarie@signaturepr.press

       Verify are advised that the Ninth Circuit has held that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.,* 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994). Therefore, Verify shall file a substitution of counsel on or before **Friday, January 30, 2026.**

       **DATED**: December 31, 2025.

                                                        UNITED STATES MAGISTRATE JUDGE