**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

VERIFY SMART CORP.,

Plaintiff,

v.

COLLEEN SCAMMEL,

Defendant.

Case No. 3:24-CV-00559-MMD-CLB

**REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE[1]**

Plaintiff Verify Smart Corp. ("Verify"), a Nevada corporation, was represented by two law firms when it initially filed suit. (*See* ECF No. 1 at 1.) Since then, however, both firms have withdrawn. (ECF Nos. 38, 41.) On December 10, 2025, the Court permitted counsel from the law firm Spencer Fane, LLP, to withdraw from representation. (ECF No. 38.) In so doing, the Court admonished Verify that corporate litigants were not permitted to appear *pro se* and ordered it to file a substitution of counsel on or before January 12, 2026. (ECF No. 38 at 1.) A week later, the Court permitted the second law firm, Lucosky Brookman, LLP, to withdraw from representation as well. (ECF No. 41.) The Court again admonished Verify that corporate litigants were required to be represented, and again ordered Verify to file a substitution of counsel. (ECF No. 41.) The Court extended the deadline for Verify to do so to January 30, 2026. (*Id.*) To date, no substitution of counsel has been filed.

"It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) (citing *Osborn v. President of Bank of United States*, 9 Wheat. 738, 829 (1824)); *see also United States v.*

---

[1]    This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.

*High Country Broad. Co., Inc.*, 3 F.3d 1244 (9th Cir. 1993) (per curiam); *Bourbeau v. Cognitive Code Corp.*, 693 Fed. App'x 499, 503 (9th Cir. 2017). Here, despite being warned twice and being given nearly two months to comply, Verify has failed to file a substitution of counsel. The Court therefore recommends this case be dismissed.

Verify is advised:

1.      Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2.      This Report and Recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

I.      **RECOMMENDATION**

**IT IS THEREFORE RECOMMENDED** that this case be **DISMISSED**.

**IT IS FURTHER RECOMMENDED** that the Clerk of Court **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DATED**: February 6, 2026_____.

_____
**UNITED STATES MAGISTRATE JUDGE**