UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VERIFY SMART CORP., | Case No. 3:24-cv-00559-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| COLLEEN SCAMMEL, | |
| Defendant. | |

Plaintiff Verify Smart Corp. brings this action against Defendant Colleen Scammel, alleging various state law claims arising from an agreement that purported to grant Plaintiff license to various patents. (ECF No. 1). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending the case be dismissed due to Plaintiff's repeated failure to obtain counsel. (ECF No. 42.) Plaintiff had until February 20, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin recommends dismissing this case because Plaintiff, a Nevada corporation, was represented by counsel at the time it filed its Complaint, but its counsel has since withdrawn from representation. (ECF Nos. 38, 41.) Despite multiple admonishments from the Court to file a substitution of counsel, Plaintiff has failed to do so. (ECF Nos. 36, 39.) The Court agrees with Judge Baldwin and will adopt the R&R in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 42) is accepted and adopted in full.

It is further ordered that this case is dismissed.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 3rd Day of March 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2